Stuart Price, Esq. (SNB: 150439)
PRICE LAW GROUP, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
P: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff Keli Parker

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELI PARKER,<br><br>        Plaintiff,<br>vs.<br><br>PETERS & FREEDMAM, LLP.; AND DISCOVERY AT CORTEZ HILL HOMEOWNERS ASSOCIATION,<br><br>        Defendant(s). | Case No.: 8:17−cv−00667−JLS−DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT DISCOVERY AT CORTEZ HILL HOMEOWNERS ASSOCIATION ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Keli Parker, and Defendant Discovery at Cortez Hill Homeowners Association, ("Discovery"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty-five (45) days. The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated July 27, 2017                        **PRICE LAW GROUP, APC**

                                                  By: /s/ *Stuart M. Price*
                                                  Stuart M. Price
                                                  stuart@pricelawgroup.com
                                                  Attorneys for Plaintiff Keli Parker

# **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 27th day of July 2017. Notice of this filing will be sent via electronic mail to the following:

JAMES E. HAWLEY
GORDON & REES LLP
jhawley@gordonrees.com
633 West Fifth Street, 52nd floor
Los Angeles CA, 90071
P: 213-576-5000
F: 213-680-4470
*Attorneys for Defendant Discovery at Cortez Hill HOA*


/s/ *Maria Marsceill*