IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELI PARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETERS & FREEDMAN, LLP; AND DISCOVERY AT CORTEZ HILL HOMEOWNERS ASSOCIATION,<br><br>　　　　Defendants. | Case No.<br>8:17-CV-00667-JLS (DFMx)<br><br>**ORDER** |

This matter is before the Court on the Stipulation of Dismissal filed by Plaintiff Keli Parker and Defendant Discovery at Cortez Hill Homeowners Association ("the Stipulating Parties"). (Doc. 40.)

The Stipulating Parties seek dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dismissal pursuant to that rule requires "a stipulation of dismissal signed by **all** parties who have appeared." *Id.* (emphasis added) Because Defendant Peters & Freedman, LLP has appeared in this action, but has not joined in the Stipulation, dismissal pursuant to Rule 41(a)(1)(A)(ii) is not appropriate.

However, because Defendant Discovery at Cortez Hill Homeowners Association has not answered or filed a motion for summary judgment, dismissal is appropriate on Plaintiff's notice thereof. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, the Court construes the Stipulating Parties' filing as a Notice of Dismissal and ORDERS that all claims against Defendant Discovery at Cortez Hill Homeowners Association are dismissed with prejudice. The Stipulating Parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: October 02, 2017

Honorable Josephine L. Staton
United States District Judge