# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV17-00667-DFM |
| Title: | Keli Parker v. Peters & Freedman, LLP, et al. |
| Date | October 4, 2018 |

Present: The Honorable   Douglas F. McCormick

| Nancy Boehme | Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Stuart Price | David Peters |
| David Chami | Jeffrey Speights |

_____ Day Court Trial     1st Day Jury Trial

_____ One day trial:   X  Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.

___ Plaintiff(s) rest.   ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.

X  Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

___ Case continued to _____ for further trial/further jury deliberation.

X  Other:   Parties have 14 days to exchange settlement documents and file dismissal papers.

_____ : 42

Initials of Deputy Clerk  nb

cc: