Stuart M. Price, CA #150439
stuart@pricelawgroup.com
L. Tegan Rodkey, CA #275830
tegan@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5564
F: (818) 600-5464

David A. Chami, AZ #027585
Admitted *PRO HAC VICE*
david@pricelawgroup.com
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (866) 401-1457

*Attorneys for Plaintiff*
*KELI PARKER*

IN UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELI PARKER,<br><br>  Plaintiff,<br><br>v.<br><br>PETERS & FREEDMAN, LLP, et al.,<br><br>  Defendants. | Case No.: 8:17-CV-00667-JLS(DFM)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

  Plaintiff Keli Parker and Defendant Peters & Freedman, LLP ("P&F"), by and through undersigned counsel, hereby stipulate that all claims and defenses asserted in this action be dismissed **without prejudice** against P&F.

  It is further stipulated that Plaintiff shall have thirty (30) days from the date of the Court's Order dismissing P&F **without prejudice** to file her Motion for attorneys' fees and costs in this matter.

- 1 -

Respectfully submitted this 18th day of October 2018.

| PRICE LAW GROUP, APC | PETERS & FREEDMAN, L.L.P. |
|---|---|
| By: /s/ *David A. Chami* <br> David A. Chami, AZ #027585 <br> Admitted *PRO HAC VICE* <br> david@pricelawgroup.com <br> Stuart M. Price, CA #150439 <br> stuart@pricelawgroup.com <br> L. Tegan Rodkey, CA #275830 <br> tegan@pricelawgroup.com <br><br> *Attorneys for Plaintiff* <br> *KELI PARKER* | By: /s/ *Jeffrey W. Speights* <br> David M. Peters, Esq. (SBN 131788) <br> dpeters@hoalaw.com <br> Keenan A. Parker, Esq. (SBN 140902) <br> kparker@hoalaw.com <br> Jeffrey W. Speights, Esq. (SBN 265206) <br> jspeights@hoalaw.com <br><br> *Attorneys for Defendant* <br> *PETERS & FREEDMAN, L.L.P* |

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, David A. Chami, hereby certify that the content of this document is acceptable to Jeffrey W. Speights, counsel for Defendant Peters & Freedman, L.L.P., and I have obtained Mr. Speight's authorization to affix his electronic signature to this document.

PRICE LAW GROUP, APC

*/s/ David A. Chami*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Florence Lirato*

- 2 -