JS-6

IN UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KELI PARKER, | Case No.: 8:17-CV-00667-JLS(DFM) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| PETERS & FREEDMAN, LLP, et al., | |
| Defendants. | |

Upon review of the parties Stipulation for Dismissal without Prejudice ("Stipulation"), and good cause appearing,

IT IS ORERED the Stipulation is GRANTED. Defendant Peters & Freedman, LLP is dismissed **without prejudice**.

IT IS FURTHER ORDERED that Plaintiff must file her Motion for attorneys' fees and costs on or before December 14, 2018.

Dated: November 16, 2018.

HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

- 1 -