L. Tegan Rodkey, CA #275830
tegan@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5564
F: (818) 600-5464

David A. Chami, AZ #027585
Admitted *PRO HAC VICE*
david@pricelawgroup.com
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (866) 401-1457

*Attorneys for Plaintiff*
*KELI PARKER*

IN UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELI PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>PETERS & FREEDMAN, LLP, et al.,<br><br>    Defendants. | Case No.: 8:17-CV-00667-JLS(DFM)<br><br>**SATISFACTION OF JUDGMENT** |

   Plaintiff Keli Parker, by and through undersigned counsel, hereby acknowledges and enters Satisfaction of Judgment. A Judgment [Dkt. No. 130] was entered in the above entitled action on April 5, 2019, in the United States District Court, Central District of California, in favor of Plaintiff and against Defendant Peters & Freedman, LLP. Said Judgment has been paid and there are no outstanding writs of execution.

   Respectfully submitted this 11th day of July 2019.

- 1 -

PRICE LAW GROUP, APC

By: /s/ *David A. Chami*
David A. Chami, AZ #027585
Admitted *PRO HAC VICE*
david@pricelawgroup.com
L. Tegan Rodkey, CA #275830
tegan@pricelawgroup.com

*Attorneys for Plaintiff*
*KELI PARKER*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

/s/ *Florence Lirato*

- 2 -